UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 11CR3205-JLS |
| | ) | |
| Plaintiff, | ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| | ) | **OF INDICTMENT** |
| v. | ) | |
| | ) | |
| CESAR SOTO-RUEDA (2), | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 11CR3205-JLS against defendant CESAR SOTO-RUEDA be dismissed without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

DATED: February 8, 2012

_____
Honorable Janis L. Sammartino
United States District Judge